# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

VERNON ANTHONY REID, Petitioner,

*Plaintiff(s)*

v.

RICHARD HUDGINS, Warden, Respondent.

*Defendant(s)*

Civil Action No. 5:19-CV-21

FILED
DEC - 3 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: IT IS ORDERED AND ADJUDGED that the REPORT AND RECOMENDATION is AFFIRMED and ADOPTED in its entirety, that the Respondent's Motion to Dismiss is GRANTED, that the Petitioner's Section 2241 Petition is DENIED and DISMISSED WITH PREJUDICE, and that this Civil action is DISMISSED and STRICKEN from the active docket of this Court.

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

Date: December 3, 2019

*CLERK OF COURT*
Cheryl Dean Riley

*Signature of Clerk or Deputy Clerk*